# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Daniel J. Jones                                          CHAPTER 13

       Angela C. Jones

                 Debtor(s)                                BKY. NO. 23-20545 GLT

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

       Kindly enter my appearance on behalf of KIRKLAND FINANCIAL, LLC and index same on the master mailing list.

                               Respectfully submitted,

                               /s/ *Brent J. Lemon*
                               Brent Lemon
                               02 Aug 2024, 16:57:39, EDT

                               Denise Carlon, Esq. (317226)    ☐
                               Brent Lemon, Esq. (86478)      ☑
                               KML Law Group, P.C.
                               BNY Mellon Independence Center
                               701 Market Street, Suite 5000
                               Philadelphia, PA 19106
                               412-430-3594
                               bkgroup@kmllawgroup.com