**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>DANIEL J. JONES<br>ANGELA C. JONES<br><br>         Debtor(s)<br>RONDA J. WINNECOUR,<br>Standing Chapter 13 Trustee,<br><br>              Movant<br>     vs.<br>KIRKLAND FINANCIAL LLC<br><br>         Respondents | Case No. 23-20545GLT<br><br>Chapter 13<br><br>Document No __ |

### NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

The creditor has returned a check from the Trustee. No further payments will be issued on this debt until the creditor satisfactorily explains the returned check and acknowledges that it will accept future payments.

PERMANENT LOAN MODIFICATION PENDING PER CREDITOR.

| | |
|---|---|
| KIRKLAND FINANCIAL LLC<br>C/O FCI LENDER SERVICES INC<br>ATTN LOAN SERVICING<br>PO BOX 27370<br>ANAHEIM HILLS, CA 92809 | Court claim# 07/Trustee CID# 52 |

The Movant further certifies that on 09/19/2024 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc:  debtor(s)
     original creditor
     putative creditor
     counsel for debtor(s)
     counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

| DEBTOR(S): | DEBTOR'S COUNSEL: |
|---|---|
| DANIEL J. JONES, ANGELA C. JONES, 1810 FILMORE STREET, ALIQUIPPA, PA  15001 | LAUREN M LAMB ESQ, STEIDL & STEINBERG, 707 GRANT ST 28TH FLOOR, PITTSBURGH, PA  15219 |
| ORIGINAL CREDITOR'S COUNSEL: | ORIGINAL CREDITOR: |
| KML LAW GROUP PC*, 701 MARKET ST STE 5000, PHILADELPHIA, PA  19106 | KIRKLAND FINANCIAL LLC, C/O FCI LENDER SERVICES INC, ATTN LOAN SERVICING, PO BOX 27370, ANAHEIM HILLS, CA  92809 |
| NEW CREDITOR: | |