IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Daniel J. Jones and | ) | Bankruptcy No. 23-20545-GLT |
| Angela C. Jones, | ) | Chapter 13 |
| | ) | Related to Document No(s). 99 & 100 |
| Debtors | ) | |
| | ) | Hearing Date and Time: |
| Daniel J. Jones and | ) | October 9, 2024 at 1:30pm |
| Angela C. Jones, | ) | |
| | ) | |
| Movants | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| FCI Lender Services Inc., | ) | |
| | ) | |
| Respondent | ) | |

## CERTIFICATION OF NO OBJECTION REGARDING MOTION TO APPROVE PERMANENT LOAN MODIFICATION WITH FCI LENDER SERVICES INC.

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Approve Permanent Loan Modification with FCI Lender Services Inc. filed on September 6, 2024 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion to Approve Permanent Loan Modification with FCI Lender Services Inc. appears thereon. Pursuant to the Notice of Hearing, objections for Motion to Approve Permanent Loan Modification with FCI Lender Services Inc. were to be filed and served no later than September 23, 2024.

It is hereby respectfully requested that the Order attached to the Motion to Approve Permanent Loan Modification with FCI Lender Services Inc. be entered by the Court.

Respectfully submitted,

September 24, 2024           /s/Lauren M. Lamb
Date:                                    Lauren M. Lamb, Esquire
                                            Attorney for the Debtors
                                            STEIDL & STEINBERG
                                            2830 Gulf Tower
                                            707 Grant Street
                                            Pittsburgh, PA  15219

(412) 391-8000
PA I. D. No.  209201
llamb@steidl-steinberg.com