Form COD

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:                                              Bankruptcy Case No.: 23−20545−GLT
                                                    Chapter: 13

**Daniel J. Jones**
**Angela C. Jones**
   Debtor(s)

### ORDER DIRECTING FURTHER ACTION IN RESPONSE TO CHAPTER 13 TRUSTEE'S CERTIFICATE OF DEFAULT REQUESTING DISMISSAL

   **WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and is in material default under the plan,

   **IT IS HEREBY ORDERED** that, on or before **twenty−one (21) days from the date of this Order,** Debtor(s) must file (1) *Documentary Proof of Payment* according to the accompanying *Instructions,* (2) a *Notarized Affidavit or Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes (a) an explanation of Debtor(s)' failure to comply with the current plan payment and/or (b) a statement setting forth why the Debtor(s) disputes the *Certificate of Default.*

   **IT IS FURTHER ORDERED** that to the extent the Debtor(s) does not contest that the Debtor(s) is in default of the current plan, the Debtor(s) shall file **one** of the following within twenty−one (21) days of the date of this Order to avoid dismissal of the instant bankruptcy case:

   A. a *Notice of Proposal to Cure Plan Defaults* in a form that substantially complies with the form available on Judge Taddonio's 'Forms' webpage (and which can be directly accessed at https://www.pawb.uscourts.gov/sites/default/files/forms/GLT−form−ch13−4.pdf). Said Notice shall include a date and time for the Conciliation Conference on the proposed cure selected from a date listed on the Trustee's Website, which date shall be no less than 30 and no more than 60 days after the date of the Notice;

**OR**

   B. a *Notice of Proposed Modification to Plan* (in a form which substantially complies with the form found on Judge Taddonio's 'Forms' webpage and can be directly accessed at https://www.pawb.uscourts.gov/sites/default/files/forms/GLT−form−ch13−5.pdf) and an *Amended Plan*. (in accordance with the provisions of the *Chapter 13 Initial Case Management Order*) to the extent the Debtor(s) assert they can confirm and perform an *Amended Plan* to remain in Chapter 13. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) defaults on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing;

**OR**

   C. a *Stipulated Order Modifying Plan* in a form that substantially complies with the form available on Judge Taddonio's 'Forms' webpage (and which can be directly access at https://www.pawb.uscourts.gov/sites/default/files/forms/GLT−form−ch13−3.pdf), and filed in accordance with the procedures as set forth in the *Chapter 13 Initial Case Management Order* regarding Stipulated Orders Modifying Plans.

   Provided the Debtor(s) files a *Notice of Proposal to Cure Plan Defaults* or a *Notice of Proposed Modification to Plan* and *Amended Plan* the matter will follow the Court's standard conciliation/confirmation process as set forth in the *Chapter 13 Initial Case Management Order.*

Dated: May 14, 2025                                       Gregory L Taddonio
                                                          United States Bankruptcy Judge

**INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT**

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment. The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

> Ronda J. Winnecour, Trustee
> P.O. Box 84051
> Chicago, IL 60689

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-20545-GLT |
| Daniel J. Jones | Chapter 13 |
| Angela C. Jones | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: May 14, 2025 | Form ID: pdf900 | Total Noticed: 65 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 16, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Daniel J. Jones, Angela C. Jones, 1810 Filmore Street, Aliquippa, PA 15001-2008 |
| 15580131 | + | Association of Specialty Physicians Inc., 1030 Beaner Hollow Road, Beaver, PA 15009-9722 |
| 15580133 | + | Berkeimber Agent for Aliquippa City/SD, 50 North Seventh Street, Bangor, PA 18013-1731 |
| 15580134 | | Brighton Radiology, P.O. Box 53627, Pittsburgh, PA 15253-5904 |
| 15580141 | + | Daniel Nadler, MD, PC, 111 Hazel Lane, Sewickley, PA 15143-1253 |
| 15580144 | + | Eastern Revenue, P.O. Box 7036, Audubon, PA 19407-7036 |
| 15580145 | + | Edwin A Abrahamsen & Associates, P.C., 120 North Keyser Avenue, Scranton, PA 18504-9701 |
| 15580146 | + | Elizur, 9800 A. McKnight Road, Pittsburgh, PA 15237-6032 |
| 15580150 | + | Goldman & Warshaw PC, 312 W. Broad St., Quakertown, PA 18951-1278 |
| 15580151 | + | HAB-DLT Berkmeimer, PO Box 25149, Lehigh Valley, PA 18002-5149 |
| 15580153 | | HVMG Hospitalists, PO Box 36589, Pittsburgh, PA 15253-5907 |
| 15580152 | | Heritage Valley, P.O. Box 536371, Pittsburgh, PA 15253-5905 |
| 15580157 | + | LVNV Funding LLC, 120 North Keyser Avenue, Scranton, PA 18504-9701 |
| 15580156 | + | Law Offices of Stern & Eisenberg, 1581 Main Street, Suite 200, The Shops at Valley Square, Warrington, PA 18976-3403 |
| 15580158 | + | National Hospital Collections, 16 Distributor Drive, Suite 2, Morgantown, WV 26501-7209 |
| 15580161 | + | Northstart Anesthesia of PA, P.O. Box 612625, Dallas, TX 75261-2625 |
| 15580162 | | PA Department of Labor & Industry, Office of Unemployment Compensation, PO Box 60840, Harrisburg, PA 17106 |
| 15580168 | + | ReSi Asset Management, LLC, 4215 NW 55th Ter, Ocala, FL 34482-8488 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 15 2025 00:29:10 | Exeter Finance LLC, 4515 N. Santa Fe Avenue, Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 15 2025 00:18:47 | Exeter Finance LLC, c/o AIS Portfolio Services, LL, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | May 15 2025 00:07:00 | Peoples Natural Gas Company LLC, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219, UNITED STATES 15219-1753 |
| cr | + | Email/PDF: resurgentbknotifications@resurgent.com | May 15 2025 00:17:48 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587, UNITED STATES 29603-0587 |
| cr | ^ | MEBN | May 15 2025 00:06:20 | SN Servicing Corporation as servicer for ReSi Ass, Friedman Vartolo LLP, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530-1631 |
| 15580129 | | Email/Text: bankruptcy@sccompanies.com | May 15 2025 00:09:00 | 7th Avenue, 1112 7th Avenue, Monroe, WI |

| Recipient ID | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 15580132 | + | Email/Text: g17768@att.com | May 15 2025 00:07:00 | AT&T Mobility II, LLC, c/o AT&T Services, Inc., One AT&T Way, Suite 3A104, Bedminster, NJ 07921-2693 |
| 15605152 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | May 15 2025 00:17:50 | Aidvantage on behalf of, Department of Education Loan Services, PO BOX 300001, Greenville,TX 75403-3001 |
| 15580130 | | Email/Text: ally@ebn.phinsolutions.com | May 15 2025 00:07:00 | Ally, PO Box 130424, Minneapolis, MN 55438-0902 |
| 15598938 | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 15 2025 00:18:17 | Ally Financial c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15585960 | + | Email/Text: documentfiling@lciinc.com | May 15 2025 00:07:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |
| 15580136 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 15 2025 00:18:46 | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 15580135 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 15 2025 00:18:39 | Capital One, P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 15580137 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 15 2025 00:18:46 | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 15580138 | + | Email/Text: enotifications@santanderconsumerusa.com | May 15 2025 00:08:00 | Chrysler Capital, PO Box 961275, Fort Worth, TX 76161-0275 |
| 15580139 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 15 2025 00:30:03 | Citicards CBNA, P.O. Box 6241, Sioux Falls, SD 57117-6241 |
| 15580140 | + | Email/Text: convergent@ebn.phinsolutions.com | May 15 2025 00:08:42 | Convergent, 800 Southwest 39th Street, Renton, WA 98057-4927 |
| 15580142 | | Email/Text: mrdiscen@discover.com | May 15 2025 00:07:00 | Discover Bank, P.O. Box 15316, Wilmington, DE 19850 |
| 15580143 | + | Email/Text: jdryer@bernsteinlaw.com | May 15 2025 00:07:00 | Duquesne Light Company, c/o Bernstein-Berkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| 15602414 | + | Email/Text: jdryer@bernsteinlaw.com | May 15 2025 00:07:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| 15580147 | | Email/PDF: acg.acg.ebn@aisinfo.com | May 15 2025 00:18:17 | Exeter Finance, c/o AIS Portfolio Services, 4515 N. Santa Fe Ave., Dept. APS, Oklahoma City, OK 73118-7901 |
| 15586032 | + | Email/PDF: acg.exeter.ebn@aisinfo.com | May 15 2025 00:18:19 | Exeter Finance LLC, PO Box 650693, Dallas, TX 75265-0693 |
| 15580148 | + | Email/Text: bnc-bluestem@quantum3group.com | May 15 2025 00:08:00 | Fingerhut/ Webbank, 6250 Ridgewood Rd., Saint Cloud, MN 56303-0820 |
| 15580149 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | May 15 2025 00:08:00 | GLESI, P.O. Box 7860, Madison, WI 53707-7860 |
| 15580154 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 15 2025 00:08:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15580155 | | Email/Text: JCAP_BNC_Notices@jcap.com | May 15 2025 00:08:00 | Jefferson Capital, PO Box 7999, Saint Cloud, MN 56302-9617 |
| 15601529 | | Email/Text: JCAP_BNC_Notices@jcap.com | May 15 2025 00:08:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 15841730 | + | Email/Text: LMitchell@myfci.com | May 15 2025 00:08:00 | Kirkland Financial, LLC, c/o FCI Lender Services, Inc., P.O. Box 27370, Anaheim Hills, CA 92809-0112 |
| 15596886 | | Email/PDF: resurgentbknotifications@resurgent.com | May 15 2025 00:17:46 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

| | | | |
|---|---|---|---|
| District/off: 0315-2 | User: auto | | Page 3 of 4 |
| Date Rcvd: May 14, 2025 | Form ID: pdf900 | | Total Noticed: 65 |

| Recip ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 15580160 | ^ | MEBN | May 15 2025 00:05:42 | NCB Management Services, Inc., One Allied Drive, Feasterville Trevose, PA 19053-6945 |
| 15580159 | | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com May 15 2025 00:58:37 | | Navient Solutions, LLC on behalf of, Department of Education Loan Services, P.O. Box 9635, Wilkes Barre, PA 18773-9635 |
| 15580164 | | Email/Text: bankruptcies@penncredit.com | May 15 2025 00:07:00 | Penn Credit Corporation, PO Box 69703, Harrisburg, PA 17106-9703 |
| 15581406 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 15 2025 00:08:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 16442105 | + | Email/PDF: ebnotices@pnmac.com | May 15 2025 00:18:46 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 15580165 | + | Email/Text: ebnjts@grblaw.com | May 15 2025 00:07:00 | Peoples Natural Gas Company, c/o GRB Law, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| 15601072 | | Email/PDF: resurgentbknotifications@resurgent.com | May 15 2025 00:17:49 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15580166 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 15 2025 00:17:46 | Pinnacle Credit Services, LLC, Cellco Partnership d/b/a Verizon Wireles, PO Box 10587, Greenville, SC 29603-0587 |
| 15580167 | + | Email/Text: bnc-quantum@quantum3group.com | May 15 2025 00:08:00 | Quantum3 Group LLC, CF Medical LLC, P.O. Box 788, Kirkland, WA 98083-0788 |
| 15591950 | + | Email/Text: bknotices@snsc.com | May 15 2025 00:09:00 | ReSi Asset Management, LLC, c/o SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501-0305 |
| 15602673 | | Email/Text: bankruptcy.accounts@wakeassoc.com | May 15 2025 00:07:00 | SKIN PATHOLOGY ASSOCIATES, LLC, C/O WAKEFIELD & ASSOCIATES, LLC, PO BOX 51272, KNOXVILLE, TN 37950-1272 |
| 15580169 | | Email/Text: bknotices@snsc.com | May 15 2025 00:09:00 | SN Servicing Corporation, 323 5th Street, Eureka, CA 95501 |
| 15585226 | + | Email/Text: enotifications@santanderconsumerusa.com | May 15 2025 00:08:00 | Santander Consumer USA, Inc., d/b/a Chrysler Capital, P.O. Box 961275, Fort Worth, TX 76161-0275 |
| 15580170 | | Email/Text: bankruptcy@sunrisecreditservices.com | May 15 2025 00:07:00 | Sunrise Credit Services, P. O. Box 9100, Farmingdale, NY 11735-9100 |
| 15580171 | + | Email/Text: bankruptcydepartment@tsico.com | May 15 2025 00:09:00 | Transworld Systems, 300 Penn Center Boulevard, Suite 600, Pittsburgh, PA 15235-5506 |
| 15588047 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | May 15 2025 00:08:00 | US Department of Education c/o Nelnet, 121 S 13th St, Lincoln, NE 68508-1904 |
| 15580172 | + | Email/Text: jill.locnikar@usdoj.gov | May 15 2025 00:08:00 | United States Attorney's Office, Western District of Pennsylvania, Joseph F. Weis, Jr. United States Court, 700 Grant Street, Suite 4000, Pittsburgh, PA 15219-1956 |
| 15580173 | | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | May 15 2025 00:08:00 | United States Department of Education, Claims Filing Unit, PO Box 8973, Madison, WI 53708-8973 |

TOTAL: 47

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | KIRKLAND FINANCIAL LLC |
| cr | | Kirkland Financial, LLC |

| District/off: 0315-2 | User: auto | Page 4 of 4 |
|---|---|---|
| Date Rcvd: May 14, 2025 | Form ID: pdf900 | Total Noticed: 65 |

| cr | *+ | Ally Financial c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | *+ | Ally Financial, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| 15580163 | ##+ | Penn Credit, 916 S 14th Street, PO Box 988, Harrisburg, PA 17104-3425 |

TOTAL: 2 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2025          Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 14, 2025 at the address(es) listed below:

**Name**          **Email Address**

Denise Carlon
on behalf of Creditor KIRKLAND FINANCIAL LLC dcarlon@kmllawgroup.com

Denise Carlon
on behalf of Creditor Kirkland Financial  LLC dcarlon@kmllawgroup.com

Jeffrey Hunt
on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Keri P. Ebeck
on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Lauren Moyer
on behalf of Creditor SN Servicing Corporation as servicer for ReSi Asset Management  LLC bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com

Lauren M. Lamb
on behalf of Debtor Daniel J. Jones
julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com; rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com

Lauren M. Lamb
on behalf of Joint Debtor Angela C. Jones
julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com; rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

William E. Craig
on behalf of Creditor Exeter Finance LLC wcraig@egalawfirm.com  mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 10