Case 23-20545-GLT    Doc 123    Filed 07/02/25    Entered 07/02/25 14:14:25    Desc Main
Document    Page 1 of 1

FILED
7/2/25 2:12 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 23-20545-GLT |
| | : | Chapter: | 13 |
| Daniel J. Jones | : | | |
| Angela C. Jones | : | | |
| | : | Date: | 7/2/2025 |
| Debtor(s). | : | Time: | 09:00 |

**PROCEEDING MEMO**

-

**MATTER:**  # 111 Motion for Relief from Stay re: 1810 Filmore Street, Aliquippa, PA, 15001 filed by Kirkland Financial, LLC
# 119 - Response filed by the Debtors

**APPEARANCES**:
Debtor:    Abagale Steidl
Trustee:   Kate DeSimone
Creditor:  Denise Carlon

**NOTES:**

Carlon: When this motion was filed, arrears were over $6,000. Since that time, a modified plan was confirmed, and arrears are now just the July payment. In addition, the trustee sent $6,000 to my client. Arrears to my client through June are around $1,150. I do not currently have authority to withdraw the motion.

Court: The motion concedes the existence of an equity cushion. With payments provided by the amended plan, the movant is adequately protected.

**OUTCOME:**

1. For the reasons stated on the record at the July 2, 2025 hearing, the *Motion for Relief from the Automatic Stay* [Dkt. No. 111] filed by Kirkland Financial LLC is **DENIED**. [Text Order]

**DATED:** 7/2/2025