IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Daniel J. Jones and | ) | Bankruptcy No. 23-20545-GLT |
| Angela C. Jones, | ) | Chapter 13 |
| Debtors | ) | Related to Document No(s). 133-134 |
| | ) | |
| Daniel J. Jones and | ) | Hearing Date and Time: |
| Angela C. Jones, | ) | May 20, 2026 at 9:00AM |
| Movants | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Headlands Residential Series OwnerTrust,) | ) | |
| Series E, | ) | |
| Respondent(s) | ) | |

**CERTIFICATION OF NO OBJECTION REGARDING OBJECTION TO THE NOTICE
OF MORTGAGE PAYMENT CHANGE**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Objection to the Notice of Mortgage Payment Change filed on March 30, 2026 has been received.  The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Objection to the Notice of Mortgage Payment Change appears thereon.  Pursuant to the Notice of Hearing, objections for Objection to the Notice of Mortgage Payment Change were to be filed and served no later than April 26, 2026.

It is hereby respectfully requested that the Order attached to the Objection to the Notice of Mortgage Payment Change be entered by the Court.

Respectfully submitted,

April 30, 2026
Date:

/s/Lauren M. Lamb
Lauren M. Lamb, Esquire
Attorney for the Debtors
Steidl & Steinberg, P.C.
436 Seventh Avenue, Suite 322
Pittsburgh, PA  15219
(412) 391-8000
PA I. D. No.  209201
llamb@steidl-steinberg.com