FILED
5/1/26 5:36 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | |
| Daniel J. Jones and<br>Angela C. Jones, | Case No. 23-20545-GLT<br>Chapter 13 |
| Debtors | Related to Docket No. 133 |
| Daniel J. Jones and<br>Angela C. Jones, | Related to Claim No. 7-2 |
| Movants | |
| vs. | |
| Headlands Residential Series OwnerTrust,<br>Series E, | |
| Respondent | |

**ORDER OF COURT**

AND NOW, to wit, this 1st day of May, 2026, it is hereby ORDERED, ADJUDGED and DECREED that the Notice of Mortgage Payment Change filed by Headlands Residential Series OwnerTrust, Series E on March 9, 2026 is stricken.

Prepared by: Lauren Lamb, Esq.

**DEFAULT ENTRY**

Dated: May 01, 2026

hct
Gregory L. Taddonio
Chief United States Bankruptcy Judge