FILED
5/1/26 5:36 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Daniel J. Jones and | ) | Case No. 23-20545-GLT |
| Angela C. Jones, | ) | Chapter 13 |
| | ) | |
| Debtors | ) | Related to Docket No. 133 |
| | ) | |
| | ) | |
| | ) | |
| Daniel J. Jones and | ) | Related to Claim No. 7-2 |
| Angela C. Jones, | ) | |
| | ) | |
| Movants | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Headlands Residential Series OwnerTrust, | ) | |
| Series E, | ) | |
| | ) | |
| Respondent | ) | |

## ORDER OF COURT

AND NOW, to wit, this ___1st___ day of ___May___, 2026, it is hereby ORDERED, ADJUDGED and DECREED that the Notice of Mortgage Payment Change filed by Headlands Residential Series OwnerTrust, Series E on March 9, 2026 is stricken.

Prepared by:   ___Lauren Lamb, Esq.___

**DEFAULT ENTRY**

Dated: May 01, 2026

_____
Gregory L. Taddonio
Chief United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:

Daniel J. Jones

Angela C. Jones

    Debtors

Case No. 23-20545-GLT

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 2

Date Rcvd: May 04, 2026      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 06, 2026:**

**Recip ID**      **Recipient Name and Address**

db/jdb      + Daniel J. Jones, Angela C. Jones, 1810 Filmore Street, Aliquippa, PA 15001-2008

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 06, 2026      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 4, 2026 at the address(es) listed below:**

**Name**      **Email Address**

Brent J. Lemon

     on behalf of Creditor Duquesne Light Company blemon@bernsteinlaw.com
     lemondropper75@hotmail.com;agilbert@bernsteinlaw.com

Jeffrey Hunt

     on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Lauren Moyer

     on behalf of Creditor SN Servicing Corporation as servicer for ReSi Asset Management  LLC bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com

Lauren M. Lamb

     on behalf of Debtor Daniel J. Jones
     julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com; rlager@steidl-steinberg.com;jsmalls@steidl-steinberg.com;bwilhelm@steidl-steinberg.com

Lauren M. Lamb

District/off: 0315-2                                User: auto                                        Page 2 of 2

Date Rcvd: May 04, 2026                      Form ID: pdf900                          Total Noticed: 1

on behalf of Joint Debtor Angela C. Jones
julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com;
rlager@steidl-steinberg.com;jsmalls@steidl-steinberg.com;bwilhelm@steidl-steinberg.com

Matthew Fissel

on behalf of Creditor KIRKLAND FINANCIAL LLC bkgroup@kmllawgroup.com  wbecf@brockandscott.com

Matthew Fissel

on behalf of Creditor Kirkland Financial  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com

Matthew Fissel

on behalf of Creditor HEADLANDS RESIDENTIAL SERIES OWNERTRUST  SERIES E bkgroup@kmllawgroup.com,
wbecf@brockandscott.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com

William E. Craig

on behalf of Creditor Exeter Finance LLC wcraig@egalawfirm.com  mhazlett@mortoncraig.com;mortoncraigecf@gmail.com


TOTAL: 11