FILED
5/1/26 5:31 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: )
)
Daniel J. Jones and Angela C. Jones, )   Case No. 23-20545-GLT
)   Chapter 13
Debtors )
)   Related dkt. No. 140

## STIPULATED ORDER MODIFYING PLAN

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

☑ a motion to dismiss case or certificate of default requesting dismissal

☐ a plan modification sought by:

☐ a motion to lift stay
as to creditor

☐ Other:

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☐ Chapter 13 Plan dated
☑ Amended Chapter 13 Plan dated    January 3, 2024

is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☑ Debtors' Plan payments shall be changed from $    3,575.00    to

$ <u>4,020.00</u>  per month, effective  <u>April, 2026</u>  ; and/or the Plan term shall be changed from        months to        months.                              .

☐ In the event that Debtors fail to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtors and Debtors' Counsel a notice of default advising the Debtors that they have 30 days from the service of the notice in which to cure any and all defaults in payments. If Debtors fail to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

☐ Debtors shall file and serve        on or before        .

☐ If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

☐ If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as        may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

☑ Other:  <u>The Trustee's Certificate of Default filed on April 9, 2026 at Docket No. 135 is resolved by the entry of this Order and is withdrawn.</u>

**IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order.  Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

**IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect.  The filing party represents to the Court that all affected parties have been notified.

*[Remainder of Page Intentionally Left Blank]*

**SO ORDERED**, this  1st  day of _____May_____, 2026

Dated: _____

_____
Gregory   Taddonio   **hct**
Chief United States Bankruptcy Judge

Stipulated by:                         Stipulated by:

/s/Lauren M. Lamb                      /s/Dennis Sloan
Counsel to Debtors                     Counsel to Chapter 13 Trustee
Lauren M. Lamb, Esquire
Steidl & Steinberg, P.C.
436 Seventh Avenue, Suite 322
Pittsburgh, PA  15219
(412) 391-8000
PA I. D. No. 209201
llamb@steidl-steinberg.com

Stipulated by:

_____
Counsel to affected creditor

cc:   All Parties in Interest to be served by Clerk

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-20545-GLT |
| Daniel J. Jones | Chapter 13 |
| Angela C. Jones | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 5 |
| Date Rcvd: May 04, 2026 | Form ID: pdf900 | Total Noticed: 68 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 06, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Daniel J. Jones, Angela C. Jones, 1810 Filmore Street, Aliquippa, PA 15001-2008 |
| 15580131 | + | Association of Specialty Physicians Inc., 1030 Beaner Hollow Road, Beaver, PA 15009-9722 |
| 15580133 | + | Berkeimber Agent for Aliquippa City/SD, 50 North Seventh Street, Bangor, PA 18013-1731 |
| 15580134 | | Brighton Radiology, P.O. Box 53627, Pittsburgh, PA 15253-5904 |
| 15580141 | + | Daniel Nadler, MD, PC, 111 Hazel Lane, Sewickley, PA 15143-1253 |
| 15580144 | + | Eastern Revenue, P.O. Box 7036, Audubon, PA 19407-7036 |
| 15580145 | + | Edwin A Abrahamsen & Associates, P.C., 120 North Keyser Avenue, Scranton, PA 18504-9701 |
| 15580146 | + | Elizur, 9800 A. McKnight Road, Pittsburgh, PA 15237-6032 |
| 15580150 | + | Goldman & Warshaw PC, 312 W. Broad St., Quakertown, PA 18951-1278 |
| 15580151 | + | HAB-DLT Berkmeimer, PO Box 25149, Lehigh Valley, PA 18002-5149 |
| 16620433 | | HEADLANDS RESIDENTIAL SERIES OWNERTRUST, SERIES E, C/O BSI Financial Services, PO Box 679002, Dallas, TX 75267-9002 |
| 15580153 | | HVMG Hospitalists, PO Box 36589, Pittsburgh, PA 15253-5907 |
| 15580152 | | Heritage Valley, P.O. Box 536371, Pittsburgh, PA 15253-5905 |
| 15580157 | + | LVNV Funding LLC, 120 North Keyser Avenue, Scranton, PA 18504-9701 |
| 15580156 | + | Law Offices of Stern & Eisenberg, 1581 Main Street, Suite 200, The Shops at Valley Square, Warrington, PA 18976-3403 |
| 15580158 | + | National Hospital Collections, 16 Distributor Drive, Suite 2, Morgantown, WV 26501-7209 |
| 15580161 | + | Northstart Anesthesia of PA, P.O. Box 612625, Dallas, TX 75261-2625 |
| 15580162 | | PA Department of Labor & Industry, Office of Unemployment Compensation, PO Box 60840, Harrisburg, PA 17106 |
| 15580168 | + | ReSi Asset Management, LLC, 4215 NW 55th Ter, Ocala, FL 34482-8488 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 05 2026 01:22:38 | Exeter Finance LLC, 4515 N. Santa Fe Avenue, Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 05 2026 01:22:59 | Exeter Finance LLC, c/o AIS Portfolio Services, LL, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | May 05 2026 01:15:00 | Peoples Natural Gas Company LLC, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219, UNITED STATES 15219-1753 |
| cr | + | Email/PDF: resurgentbknotifications@resurgent.com | May 05 2026 01:22:49 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587, UNITED STATES 29603-0587 |
| cr | ^ | MEBN | May 05 2026 01:13:45 | SN Servicing Corporation as servicer for ReSi Ass, Friedman Vartolo LLP, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530-1631 |
| 15580129 | | Email/Text: bankruptcy@sccompanies.com | May 05 2026 01:15:00 | 7th Avenue, 1112 7th Avenue, Monroe, WI 53566-1364 |

District/off: 0315-2

User: auto

Page 2 of 5

Date Rcvd: May 04, 2026

Form ID: pdf900

Total Noticed: 68

15580132   + Email/Text: g17768@att.com

May 05 2026 01:15:00   AT&T Mobility II, LLC, c/o AT&T Services, Inc., One AT&T Way, Suite 3A104, Bedminster, NJ 07921-2693

15605152   + Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com

May 05 2026 01:22:58   Aidvantage on behalf of, Department of Education Loan Services, PO BOX 300001, Greenville,TX 75403-3001

15580130     Email/Text: ally@ebn.phinsolutions.com

May 05 2026 01:15:00   Ally, PO Box 130424, Minneapolis, MN 55438-0902

15598938   + Email/PDF: acg.acg.ebn@aisinfo.com

May 05 2026 01:22:39   Ally Financial c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901

15585960   + Email/Text: documentfiling@lciinc.com

May 05 2026 01:15:00   COMCAST, PO BOX 1931, Burlingame, CA 94011-1931

15580136     Email/PDF: AIS.cocard.ebn@aisinfo.com

May 05 2026 01:22:58   Capital One, PO Box 71083, Charlotte, NC 28272-1083

15580135   + Email/PDF: AIS.cocard.ebn@aisinfo.com

May 05 2026 01:22:57   Capital One, P.O. Box 30281, Salt Lake City, UT 84130-0281

15580137     Email/PDF: AIS.cocard.ebn@aisinfo.com

May 05 2026 01:22:58   Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083

15580138   + Email/Text: enotifications@santanderconsumerusa.com

May 05 2026 01:15:00   Chrysler Capital, PO Box 961275, Fort Worth, TX 76161-0275

15580139   + Email/PDF: Citi.BNC.Correspondence@citi.com

May 05 2026 01:34:34   Citicards CBNA, P.O. Box 6241, Sioux Falls, SD 57117-6241

15580140   + Email/Text: convergent@ebn.phinsolutions.com

May 05 2026 01:15:34   Convergent, 800 Southwest 39th Street, Renton, WA 98057-4927

15580142     Email/Text: mrdiscen@discover.com

May 05 2026 01:15:00   Discover Bank, P.O. Box 15316, Wilmington, DE 19850

15580143   + Email/Text: jdryer@bernsteinlaw.com

May 05 2026 01:15:00   Duquesne Light Company, c/o Bernstein-Berkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430

15602414   + Email/Text: jdryer@bernsteinlaw.com

May 05 2026 01:15:00   Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430

15586032     Email/Text: exeter@ebn.phinsolutions.com

May 05 2026 01:15:00   Exeter Finance LLC, PO Box 650693, Dallas, TX 75265

15580147     Email/PDF: acg.acg.ebn@aisinfo.com

May 05 2026 01:22:38   Exeter Finance, c/o AIS Portfolio Services, 4515 N. Santa Fe Ave., Dept. APS, Oklahoma City, OK 73118-7901

15580148   + Email/PDF: MerrickBKNotifications@Resurgent.com

May 05 2026 01:22:48   Fingerhut/ Webbank, 6250 Ridgewood Rd., Saint Cloud, MN 56303-0820

15580149   + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov

May 05 2026 01:15:00   GLESI, P.O. Box 7860, Madison, WI 53707-7860

16624392   + Email/Text: bankruptcy@bsifinancial.com

May 05 2026 01:15:00   HEADLANDS RESIDENTIAL SERIES OWNERTRUST, SERIES E, C/O BSI Financial Services, Customer Care, 314 S Franklin St, 2nd Floor, Titusville, PA 16354-2168

15580154     Email/Text: sbse.cio.bnc.mail@irs.gov

May 05 2026 01:15:00   Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346

15580155     Email/Text: JCAP_BNC_Notices@jcap.com

May 05 2026 01:15:00   Jefferson Capital, PO Box 7999, Saint Cloud, MN 56302-9617

15601529     Email/Text: JCAP_BNC_Notices@jcap.com

May 05 2026 01:15:00   Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617

15841730   + Email/Text: LMitchell@myfci.com

May 05 2026 01:15:00   Kirkland Financial, LLC, c/o FCI Lender Services, Inc., P.O. Box 27370, Anaheim Hills, CA

District/off: 0315-2                                    User: auto                                                    Page 3 of 5
Date Rcvd: May 04, 2026                          Form ID: pdf900                                      Total Noticed: 68

| | | | |
|---|---|---|---|
| | | | 92809-0112 |
| 15596886 | | Email/PDF: resurgentbknotifications@resurgent.com | |
| | | May 05 2026 01:22:39 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15580160 | ^ MEBN | | |
| | | May 05 2026 01:13:35 | NCB Management Services, Inc., One Allied Drive, Feasterville Trevose, PA 19053-6945 |
| 15580159 | | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | |
| | | May 05 2026 01:22:38 | Navient Solutions, LLC on behalf of, Department of Education Loan Services, P.O. Box 9635, Wilkes Barre, PA 18773-9635 |
| 15580163 | | Email/Text: bankruptcies@penncredit.com | |
| | | May 05 2026 01:15:00 | Penn Credit, 916 S 14th Street, PO Box 988, Harrisburg, PA 17108 |
| 15580164 | | Email/Text: bankruptcies@penncredit.com | |
| | | May 05 2026 01:15:00 | Penn Credit Corporation, PO Box 69703, Harrisburg, PA 17106-9703 |
| 15581406 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | |
| | | May 05 2026 01:15:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 16442105 | + Email/PDF: ebnotices@pnmac.com | | |
| | | May 05 2026 01:34:34 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 15580165 | + Email/Text: ebnjts@grblaw.com | | |
| | | May 05 2026 01:15:00 | Peoples Natural Gas Company, c/o GRB Law, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| 15601072 | | Email/PDF: resurgentbknotifications@resurgent.com | |
| | | May 05 2026 01:22:39 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15580166 | + Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | May 05 2026 01:22:39 | Pinnacle Credit Services, LLC, Cellco Partnership d/b/a Verizon Wireles, PO Box 10587, Greenville, SC 29603-0587 |
| 15580167 | + Email/Text: bnc-quantum@quantum3group.com | | |
| | | May 05 2026 01:15:00 | Quantum3 Group LLC, CF Medical LLC, P.O. Box 788, Kirkland, WA 98083-0788 |
| 15591950 | + Email/Text: bknotices@snsc.com | | |
| | | May 05 2026 01:15:00 | ReSi Asset Management, LLC, c/o SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501-0305 |
| 15602673 | | Email/Text: bankruptcy.accounts@wakeassoc.com | |
| | | May 05 2026 01:15:00 | SKIN PATHOLOGY ASSOCIATES, LLC, C/O WAKEFIELD & ASSOCIATES, LLC, PO BOX 51272, KNOXVILLE, TN 37950-1272 |
| 15580169 | | Email/Text: bknotices@snsc.com | |
| | | May 05 2026 01:15:00 | SN Servicing Corporation, 323 5th Street, Eureka, CA 95501 |
| 15585226 | + Email/Text: enotifications@santanderconsumerusa.com | | |
| | | May 05 2026 01:15:00 | Santander Consumer USA, Inc., d/b/a Chrysler Capital, P.O. Box 961275, Fort Worth, TX 76161-0275 |
| 15580170 | | Email/Text: bankruptcy@sunrisecreditservices.com | |
| | | May 05 2026 01:15:00 | Sunrise Credit Services, P. O. Box 9100, Farmingdale, NY 11735-9100 |
| 15580171 | + Email/Text: bankruptcydepartment@tsico.com | | |
| | | May 05 2026 01:15:00 | Transworld Systems, 300 Penn Center Boulevard, Suite 600, Pittsburgh, PA 15235-5506 |
| 15588047 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | | |
| | | May 05 2026 01:15:00 | US Department of Education c/o Nelnet, 121 S 13th St, Lincoln, NE 68508-1911 |
| 15580172 | + Email/Text: jill.locnikar@usdoj.gov | | |
| | | May 05 2026 01:15:00 | United States Attorney's Office, Western District of Pennsylvania, Joseph F. Weis, Jr. United States Court, 700 Grant Street, Suite 4000, Pittsburgh, PA 15219-1956 |
| 15580173 | | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | |
| | | May 05 2026 01:15:00 | United States Department of Education, Claims Filing Unit, PO Box 8973, Madison, WI 53708-8973 |

TOTAL: 49

District/off: 0315-2                         User: auto                              Page 4 of 5
Date Rcvd: May 04, 2026                      Form ID: pdf900                          Total Noticed: 68

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | HEADLANDS RESIDENTIAL SERIES OWNERTRUST, SERIES E |
| cr | | KIRKLAND FINANCIAL LLC |
| cr | | Kirkland Financial, LLC |
| cr | *+ | Ally Financial c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | *+ | Ally Financial, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |

TOTAL: 3 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 06, 2026                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 4, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brent J. Lemon | on behalf of Creditor Duquesne Light Company blemon@bernsteinlaw.com lemondropper75@hotmail.com;agilbert@bernsteinlaw.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |
| Lauren Moyer | on behalf of Creditor SN Servicing Corporation as servicer for ReSi Asset Management  LLC bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com |
| Lauren M. Lamb | on behalf of Debtor Daniel J. Jones julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com; rlager@steidl-steinberg.com;jsmalls@steidl-steinberg.com;bwilhelm@steidl-steinberg.com |
| Lauren M. Lamb | on behalf of Joint Debtor Angela C. Jones julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com; rlager@steidl-steinberg.com;jsmalls@steidl-steinberg.com;bwilhelm@steidl-steinberg.com |
| Matthew Fissel | on behalf of Creditor KIRKLAND FINANCIAL LLC bkgroup@kmllawgroup.com  wbecf@brockandscott.com |
| Matthew Fissel | on behalf of Creditor HEADLANDS RESIDENTIAL SERIES OWNERTRUST  SERIES E bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Matthew Fissel | on behalf of Creditor Kirkland Financial  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

District/off: 0315-2                          User: auto                                   Page 5 of 5
Date Rcvd: May 04, 2026                       Form ID: pdf900                              Total Noticed: 68

William E. Craig
       on behalf of Creditor Exeter Finance LLC wcraig@egalawfirm.com  mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 11