IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF
PENNSYLVANIA

IN RE:
                                                    )
DANIEL J. JONES and ANGELA C. JONES,                ) Bankruptcy Case No. 23-20545-GLT
his wife                                            )
                              Debtors               ) Related to Docket Nos.  138 & 146
PEOPLES NATURAL GAS COMPANY, LLC                    ) Chapter 13
                              Movant,               )
                    vs.                             ) Hearing Date: 6/3/26
DANIEL J. JONES and ANGELA C. JONES,                ) Hearing Time: 10:00 AM
his wife, and RONDA J. WINNECOUR,                   )
ESQUIRE, Trustee                                    )
                              Respondents.

CONSENT ORDER OF COURT

        AND NOW, to wit this __11th__ day of __May__, 2026, come the parties, by and
through their respective counsel and stipulate and consent to the entry of this Order of Court:

        1.      The Court finds that the Debtors have fallen behind on their post petition
gas bills since filing the instant case.

        2.      A Motion for Allowance of Administrative claim has been filed.  In this
case, the Debtors have subsequently brought the accounts current.

        3.      The instant Motion shall be dismissed without prejudice, since the debtors have
cured the delinquency this time.

        4.      The Debtors and the Debtors' counsel agree that if it becomes necessary to
file another Motion for Allowance of Administrative Claim because of a post petition delinquency, then
the post petition gas accounts must be included in the Chapter 13 Plan without further controversy or
opposition.   There will be no exceptions.

                                            BY THE COURT:

   Dated: May 11, 2026


Consented to by:                            _____ J.
                                            GREGORY L. TADDONIO
                                            CHIEF UNITED STATES BANKRUPTCY JUDGE
 /s/ Lauren M. Lamb                         /s/Jeffrey R. Hunt
Lauren M. Lamb, Esquire                     Jeffrey R. Hunt, Esquire
Attorney for Debtors                        Atty for Peoples Natural Gas Company, LLC
Pa. I.D. No. 209201                         Pa. I.D. No. 90342
436 7th Ave, Suite 322, Koppers Bldg.       GRB Law
Pittsburgh, PA 15219                         525 William Penn Place, Suite 3110
412-391-0221                                 Pittsburgh, PA 15219
llamb@steidl-steinberg.com                   412-281-0587
                                             jhunt@grblaw.com

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                          Case No. 23-20545-GLT

Daniel J. Jones                                                            Chapter 13

Angela C. Jones
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2                              User: auto                                          Page 1 of 2

Date Rcvd: May 11, 2026                    Form ID: pdf900                              Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol        Definition**

+                    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                     regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 13, 2026:**

**Recip ID                    Recipient Name and Address**
db/jdb                    +   Daniel J. Jones, Angela C. Jones, 1810 Filmore Street, Aliquippa, PA 15001-2008

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 13, 2026                          Signature:           /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 11, 2026 at the address(es) listed below:**

**Name                              Email Address**

Brent J. Lemon
                          on behalf of Creditor Duquesne Light Company blemon@bernsteinlaw.com
                          lemondropper75@hotmail.com;agilbert@bernsteinlaw.com

Jeffrey Hunt
                          on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Lauren Moyer
                          on behalf of Creditor SN Servicing Corporation as servicer for ReSi Asset Management  LLC bkecf@friedmanvartolo.com,
                          bankruptcy@friedmanvartolo.com

Lauren M. Lamb
                          on behalf of Joint Debtor Angela C. Jones
                          julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com;
                          rlager@steidl-steinberg.com;jsmalls@steidl-steinberg.com;bwilhelm@steidl-steinberg.com

Lauren M. Lamb

District/off: 0315-2 — User: auto — Page 2 of 2
Date Rcvd: May 11, 2026 — Form ID: pdf900 — Total Noticed: 1

on behalf of Debtor Daniel J. Jones
julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com;
rlager@steidl-steinberg.com;jsmalls@steidl-steinberg.com;bwilhelm@steidl-steinberg.com

Matthew Fissel
on behalf of Creditor KIRKLAND FINANCIAL LLC bkgroup@kmllawgroup.com  wbecf@brockandscott.com

Matthew Fissel
on behalf of Creditor Kirkland Financial  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com

Matthew Fissel
on behalf of Creditor HEADLANDS RESIDENTIAL SERIES OWNERTRUST  SERIES E bkgroup@kmllawgroup.com,
wbecf@brockandscott.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

William E. Craig
on behalf of Creditor Exeter Finance LLC wcraig@egalawfirm.com  alapinski@egalawfirm.com


TOTAL: 11