FILED
7/20/26 10:49 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:  Angela C. Jones
Daniel J. Jones

Debtors

HEADLANDS RESIDENTIAL SERIES OWNER
TRUST, SERIES E, its successors and/or assigns,
Movant

v.

Angela C. Jones
Daniel J. Jones

Respondents

Ronda J. Winnecourt

Additional Respondent

BK. NO. 23-20545 GLT

CHAPTER 13

Related to Docs:  150 and 154

Hearing Date: July 22, 2026

**ORDER**

Upon consideration of the Motion filed by HEADLANDS RESIDENTIAL SERIES OWNER
TRUST, SERIES E, its successors and/or assigns, it is **Ordered** and **Decreed** that the Motion is
**granted**, and the hearing scheduled for July 22, 2026 at 10:00 AM is hereby continued for 60 days to
September 23, 2026 at 10 a.m. in Courtroom A 54th Floor, U.S. Steel Tower, 600 Grant St., Pittsburgh.
Parties that wish to participate in the hearing via Zoom may do so in compliance with Judge
Taddonio's Procedures.

By the Court,

Dated: July 20, 2026

_____
United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                          Case No. 23-20545-GLT

Daniel J. Jones                                                                          Chapter 13

Angela C. Jones

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2                          User: auto                          Page 1 of 2

Date Rcvd: Jul 20, 2026               Form ID: pdf900                   Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**           **Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 22, 2026:**

**Recip ID**                **Recipient Name and Address**
db/jdb                +  Daniel J. Jones, Angela C. Jones, 1810 Filmore Street, Aliquippa, PA 15001-2008

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 22, 2026                    Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 20, 2026 at the address(es) listed below:**

**Name**                **Email Address**

Brent J. Lemon
        on behalf of Creditor Duquesne Light Company blemon@bernsteinlaw.com
        aepiscopo@bernsteinlaw.com;agilbert@bernsteinlaw.com

Jeffrey Hunt
        on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Lauren Moyer
        on behalf of Creditor SN Servicing Corporation as servicer for ReSi Asset Management  LLC bkecf@friedmanvartolo.com,
        bankruptcy@friedmanvartolo.com

Lauren M. Lamb
        on behalf of Debtor Daniel J. Jones llamb@steidl-steinberg.com
        julie.steidl@steidl-steinberg.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;
        bwilhelm@steidl-steinberg.com;calendars@steidl-steinberg.com;ken.steidl@steidl-steinberg.com

Lauren M. Lamb

District/off: 0315-2 | User: auto | Page 2 of 2
Date Rcvd: Jul 20, 2026 | Form ID: pdf900 | Total Noticed: 1

on behalf of Joint Debtor Angela C. Jones llamb@steidl-steinberg.com
julie.steidl@steidl-steinberg.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;
bwilhelm@steidl-steinberg.com;calendars@steidl-steinberg.com;ken.steidl@steidl-steinberg.com

Matthew Fissel

on behalf of Creditor HEADLANDS RESIDENTIAL SERIES OWNERTRUST  SERIES E bkgroup@kmllawgroup.com,
wbecf@brockandscott.com

Matthew Fissel

on behalf of Creditor KIRKLAND FINANCIAL LLC bkgroup@kmllawgroup.com  wbecf@brockandscott.com

Matthew Fissel

on behalf of Creditor Kirkland Financial  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com

Michael T. McKeever

on behalf of Creditor HEADLANDS RESIDENTIAL SERIES OWNERTRUST  SERIES E mmckeever@kmllawgroup.com

Office of the United States Trustee

ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com

William E. Craig

on behalf of Creditor Exeter Finance LLC wcraig@egalawfirm.com  alapinski@egalawfirm.com


TOTAL: 12