FILED
9/23/26 11:39 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 23-20545-GLT |
| | : | Chapter: | 13 |
| Daniel J. Jones | : | | |
| Angela C. Jones | : | | |
| | : | Date: | 7/22/2026 |
| *Debtor(s).* | : | Time: | 10:00 |

## PROCEEDING MEMO

***MATTER:*** # 150 Motion for Relief from Stay RE: 1810 Filmore Street, Aliquippa, PA 15001 filed by Headlands Residential Series Owner Trust, Series E
# 153 - Response filed by the Debtors

***APPEARANCES*** *:*

| | |
|---|---|
| Debtor: | Abagale Steidl |
| Trustee: | Ronda J. Winnecour |
| Headlands Residential Series Owner Trust, Series E: | Matthew Fissel |

[10:00]
***NOTES:***

Fissel: We are pretty close to resolving this with a stipulation.

Steidl: I agree with that.

Winnecour: The current payment is $4,020, the last payment I received was on January 12, 2026. They have gone through both levels of dismissal with us. The plan arrears exceed $20,000. We are showing if the case goes forward $4,956/month beginning in October.

Steidl: She agrees to an increased plan payment. Her husband is working now. She is getting paperwork going with the loss mitigation process. With some time, I believe this case could be successful.

Court: I will need an amended Schedule I within 14 days to reflect the Debtor's husband's income.

***OUTCOME:***

1. For the reasons stated on the record at the September 23, 2026 hearing, the *Motion for Relief from Stay RE: 1810 Filmore Street, Aliquippa, PA 15001* [Dkt. No. 150] is **CONTINUED** to November 4, 2026 at 9 a.m. [Text Order]

2. On or before October 7, 2026 the Debtor shall file an amended Schedule I to reflect the husband's new income. [Text Order]

**DATED:** 7/22/2026