FILED
10/7/26 2:45 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Daniel J. Jones and | ) | Case No. 23-20545-GLT |
| Angela C. Jones, | ) | Chapter 13 |
| Debtors | ) | |
| | ) | |
| Daniel J. Jones and | ) | Related to Docket No. 162 |
| Angela C. Jones, | ) | |
| Movant | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| No Respondents | ) | |

**ORDER OF COURT**

AND NOW, to wit, this 7th day of October, 2026, it is hereby ORDERED, ADJUDGED, and DECREED, that the Debtors, Daniel J. Jones and Angela C. Jones, are hereby granted an extension until November 6, 2026 to respond to the Trustee's Certificate of Default, provide proof of payment and file an amended Chapter 13 Plan or Stipulated Order Modifying Plan.

Dated: 10/7/26

Gregory L. Taddonio hct
Chief United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re: Case No. 23-20545-GLT
Daniel J. Jones Chapter 13
Angela C. Jones
Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2 User: auto Page 1 of 2
Date Rcvd: Oct 07, 2026 Form ID: pdf900 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 09, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Daniel J. Jones, Angela C. Jones, 1810 Filmore Street, Aliquippa, PA 15001-2008 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 09, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 7, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brent J. Lemon | on behalf of Creditor Duquesne Light Company Brent.Lemon@mccalla.com mccallaecf@ecf.courtdrive.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |
| Lauren Moyer | on behalf of Creditor SN Servicing Corporation as servicer for ReSi Asset Management LLC bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com |
| Lauren M. Lamb | on behalf of Joint Debtor Angela C. Jones llamb@steidl-steinberg.com julie.steidl@steidl-steinberg.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com; bwilhelm@steidl-steinberg.com;calendars@steidl-steinberg.com;ken.steidl@steidl-steinberg.com |
| Lauren M. Lamb | |

| | |
|---|---|
| | on behalf of Debtor Daniel J. Jones llamb@steidl-steinberg.com julie.steidl@steidl-steinberg.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com; bwilhelm@steidl-steinberg.com;calendars@steidl-steinberg.com;ken.steidl@steidl-steinberg.com |
| Matthew Fissel | on behalf of Creditor HEADLANDS RESIDENTIAL SERIES OWNERTRUST SERIES E bkgroup@kmllawgroup.com |
| Matthew Fissel | on behalf of Creditor KIRKLAND FINANCIAL LLC bkgroup@kmllawgroup.com |
| Matthew Fissel | on behalf of Creditor Kirkland Financial LLC bkgroup@kmllawgroup.com |
| Michael T. McKeever | on behalf of Creditor HEADLANDS RESIDENTIAL SERIES OWNERTRUST SERIES E mmckeever@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| William E. Craig | on behalf of Creditor Exeter Finance LLC wcraig@egalawfirm.com alapinski@egalawfirm.com |

TOTAL: 12